**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUCHART THONGNOPPAKUN, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS BANK, A Utah Corporation, BLEIER & COX LLP, A California Limited Liability Partnership; and DOES 1 - 10, <br><br> Defendants. | Case No. CV11-08063-ODW(DTBx) <br><br> ORDER **GRANTING** DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE [7] [Filed 11/28/11] |

Presently before the Court is Defendant American Express Centurian Bank's ("American Express" or "Defendant") Motion to Dismiss Plaintiff Suchart Thongnoppakun's ("Plaintiff") Complaint and Motion to Strike Portions of Plaintiff's Complaint. (Dkt. No. 7.) Because Plaintiff has not filed any opposition, and for the reasons discussed in Defendant's papers, the Court **GRANTS** Defendant's Motion to Dismiss.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides

that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The hearing on Defendant's motion was set for January 23, 2012. Plaintiff's opposition was therefore due by January 2, 2012. Because January 2, 2012, was a national holiday, Plaintiff's opposition was due on January 3, 2012. *See* Fed. R. Civ. P. 5(a)(1)(C). As of the date of this Order, Plaintiff has not filed an opposition, nor any other filing that could be construed as a request for a continuance. Plaintiff's failure to oppose may therefore be deemed consent to the granting of Defendant's Motion. Nevertheless, the Court has carefully considered Defendant's arguments in support and, for the reasons discussed in Defendant's papers, hereby **GRANTS** Defendant's Motion to Dismiss Plaintiff's Complaint as to Defendant American Express.[1] Because the Court grants Defendant's Motion to Dismiss, Defendant's Motion to Strike is rendered moot. The January 23, 2012, hearing on this matter is **VACATED** and no appearances are necessary.

Plaintiff may file an amended complaint within ten (10) days from the date of this Order. If Plaintiff fails to do so, the Court will dismiss all claims against Defendant American Express with prejudice.

**IT IS SO ORDERED.**

January 10, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

---

[1] This Order has no bearing on the viability of Plaintiff's Complaint as to Defendant Bleier & Cox, LLP.

2